UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:25-cr-00346-CDS-NJK |
| Plaintiff | **Order Reassigning Case** |
| v. | |
| Michael J. Moore, | |
| Defendant | |

In September 2025, defendant Michael Moore waived indictment and plead guilty by way of criminal information to one count of attempt to evade or defeat income tax. *See* ECF No. 5 in *United States of America v. Moore*, Case No. 2:25-cr-00225-JAD-NJK. Sentencing is set before United States District Judge Jennifer A. Dorsey on March 9, 2026. *Id.* at ECF No. 12. Subsequently, the government initiated a separate action against Moore, alleging wire fraud, aiding and assisting in the preparation and presentation of false and fraudulent tax returns, and aggravated identity theft. ECF No. 1 in *United States of America v. Moore*, Case No. 2:25-cr-00346-CDS-NJK. The government filed a notice of related cases, arguing that assignment to two different district judges creates a substantial duplication of labor in pretrial, trial, or sentencing proceedings; and the evidence will be cross admissible between the two cases. *Id.* at ECF No. 13. Trial is set to begin in Case No. 2:25-cr-00346-CDS-NJK on February 9, 2026.

Under Local Rule 42-1(a), an action is considered related to another action when:

(1) the actions involve the same parties and are based on the same or similar claim;

(2) the actions involved the same property, transaction, or event;

(3) the actions involve similar questions of fact and the same question of law, and their assignment to the same district judge or magistrate judge is likely to effect a substantial savings of judicial effort; [or]

. . .

(5) For any other reason, it would entail substantial duplication of labor if the actions were heard by different district judges or magistrate judges.

LR 42-1(a)(1)–(5).

The assigned judges agree that the cases are related under LR 42-1 because the actions involve the same defendant and are based on similar allegations and the same or similar events. Further, the cases would be more effectively managed if assigned to a single district judge.

## Conclusion

The Clerk of Court is kindly directed to transfer and reassign *United States of America v. Moore*, Case No. 2:25-cr-00346-CDS-NJK to District Judge Jennifer A. Dorsey for all further proceedings.

Dated: December 10, 2025

_____                    _____
Jennifer A. Dorsey                                              Cristina D. Silva
United States District Judge                              United States District Judge

2